# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2802

_____

| | | |
|---|---|---|
| Albert Reece, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| St. Louis Psychiatric Rehabilitation | * | District of Missouri. |
| Center; Mario Carrera, Dr.; Karol Kiel; | * | |
| Allen Blake; Roberta Gardine; Beverly | * | [UNPUBLISHED] |
| Buscemi, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 23, 1999
Filed: October 1, 1999

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Albert Reece appeals the district court's order dismissing Reece's complaint under 28 U.S.C. 1915(e)(2)(B). Having considered the record and Reece's arguments on appeal, we conclude Reece's complaint failed to state a claim under 42 U.S.C. § 1983, because the complaint contained no specific allegations linking any of the appellees to any deprivation of Reece's rights. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.